THERESA GURGUIS ET AL. *v.* EMIL FRANKEL, COMMISSIONER OF TRANSPORTATION ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 93 Conn. App. 162 (AC 25405), is denied.

*William F. Gallagher* and *Martin M. Rutchik*, in support of the petition.

*Karen L. Dowd* and *Brendon P. Levesque*, in opposition.

Decided March 2, 2006

STATE OF CONNECTICUT *v.* THEOFERLIUS D.

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 88 (AC 25530), is denied.

*Martha Brooke Hansen*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided March 2, 2006

STATE OF CONNECTICUT *v.* THEOFERLIUS D.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 93 Conn. App. 88 (AC 25530), is granted, limited to the following issue:

"Did the Appellate Court properly decline to dismiss the defendant's appeal from his revocation of probation and ensuing incarceration as moot?"

The Supreme Court docket number is SC 17616.